**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLEISCHER STUDIOS, INC., | CASE NO.: 1:22-CV-01478 |
|     PLAINTIFF, | |
| | JUDGE GARY FEINERMAN |
| V. | |
| | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE MARIA VALDEZ |
|     DEFENDANTS. | **FILED UNDER SEAL** |

# EXHIBIT 1 TO THE DECLARATION OF PAUL VARLEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,374,258

## United States Patent and Trademark Office

Registered Aug. 8, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## BETTY BOOP

HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DR.
BEVERLY HILLS, CA 90210

FOR: MAGNETS, CASES SPECIALLY ADAPTED FOR HOLDING PAGERS, ELECTRIC SWITCH PLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–1–1993; IN COMMERCE 11–1–1993.

OWNER OF U.S. REG. NO. 2,201,909.

SER. NO. 75–489,074, FILED 5–21–1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,378,474
Registered Aug. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### BETTY BOOP

HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DR.
BEVERLY HILLS, CA 90210

FOR: TRADING CARDS, PAPER GIFT BAGS, CARDBOARD MAILERS, BOOKS FOCUSING ON COMIC STRIP REPRINTS, CALENDARS, STICKERS, POSTCARDS, GREETING CARDS, CARDBOARD GIFT BOXES, ADDRESS AND TELEPHONE BOOKS, PENS AND STATIONERY SETS CONSISTING OF PENCILS, DRAWING OR UNGRADUATED RULERS, ERASERS, ADHESIVE TAPE DISPENSER FOR HOUSEHOLD OR STATIONERY USE, PENCIL CASES, STENCILS, PLASTIC PAPER CLIPS, DECORATIVE PENCIL TOP ORNAMENTS AND PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12–31–1992; IN COMMERCE 12–31–1992.

OWNER OF U.S. REG. NO. 2,201,909.

"BETTY BOOP" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75–489,022, FILED 5–21–1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cls.: 3, 5, 6, 11, 14, 18, 20, 21, 24, 25, 26, 28 and 41

Prior U.S. Cls.: 1, 2, 3, 4, 6, 12, 13, 14, 18, 21, 22, 23, 25, 27, 28, 29, 30, 31, 32, 33, 34, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51, 52, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,430,642
Registered Feb. 27, 2001

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

## BETTY BOOP

HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DRIVE
BEVERLY HILLS, CA 90210

FOR: BUBBLE BATH, BODY WASH, AFTER BATH SPLASH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.
FOR: AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).
FIRST USE 10-1-1981; IN COMMERCE 10-1-1981.
FOR: KEY CHAINS MADE OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 6-1-1991; IN COMMERCE 6-1-1991.
FOR: HANDHELD HAIR DRYERS, TOILET SEATS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).
FIRST USE 9-1-1996; IN COMMERCE 9-1-1996.
FOR: JEWELRY OF NON PRECIOUS METALS, CLOCKS, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 1-1-1990; IN COMMERCE 1-1-1990.
FOR: WALLETS MADE OF LEATHER, UMBRELLAS, TOTE BAGS, BACK PACKS AND PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 6-1-1994; IN COMMERCE 6-1-1994.

FOR: HANDHELD MIRRORS, SNOW GLOBES, PICTURE FRAMES, PILL BOXES SOLD EMPTY, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 6-1-1990; IN COMMERCE 6-1-1990.
FOR: FIGURINES MADE OF PORCELAIN, DRINKING GLASSES, PLASTIC WATER BOTTLES, LUNCH BOXES, COOKIE JARS, SPOON RESTS, KITCHEN TOOL HOLDERS, COMPACTS SOLD EMPTY, TEA SETS, AND PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 9-1-1991; IN COMMERCE 9-1-1991.
FOR: FABRIC, NAMELY, COTTON, POLYESTER, COTTON/POLYESTER BLEND, RAMIE, WOOL, DENIM, FLEECE, RAYON, NYLON; POT HOLDERS, TOWELS, WASH CLOTHS AND DISH TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 6-1-1986; IN COMMERCE 6-1-1986.
FOR: SUN VISORS, SHIRTS, SHORTS, SWEATSHIRTS, TOPS, PAJAMAS, SLEEP SHIRTS, SNEAKERS, JEANS, JEAN JACKETS, JEAN VESTS, JEAN SHIRTS, JEAN SHORTS, CAMISOLES, ROBES, LEATHER BELTS, COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 3-1-1987; IN COMMERCE 3-1-1987.
FOR: ORNAMENTAL BUTTON COVERS AND ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).
FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.
FOR: SOFT SQUEEZABLE BALLS, BEACH BALLS, PLASTIC VINYL PLAY BALLS, SOFT FLYING DISKS, SQUEEZE TOYS, CHRISTMAS ORNA-

2,430,642

MENTS, BUBBLE MAKING WAND AND SOLUTION SET, DOLLS AND MAGNETIC DOLL SETS CONSISTING OF FLAT MAGNETIC DOLLS WITH FLAT MAGNETIC ARTICLES OF CLOTHING AND ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-1992; IN COMME RCE 6-1-1992.

FOR: AMUSEMENT PARK SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

OWNER OF U.S. REG. NO. 2,201,909.

"BETTY BOOP" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75-489,300, FILED 5-21-1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,392,715

Registered Oct. 10, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## BETTY BOOP

HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DRIVE
BEVERLY HILLS, CA 90210

FOR: COMPUTERIZED ON-LINE ORDERING SERVICES IN THE FIELD OF COMPUTER GENERATED ELECTRONIC GREETING CARDS DISTRIBUTED OVER A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

OWNER OF U.S. REG. NO. 2,201,909.

"BETTY BOOP" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 75-590,200, FILED 11-17-1998.

JENNIFER DIXON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BETTY BOOP

**Reg. No. 6,193,127**

**Registered Nov. 10, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Hearst Holdings, Inc. (DELAWARE CORPORATION)
300 West 57th Street
New York, NEW YORK 10019

Fleischer Studios, Inc. (CALIFORNIA CORPORATION)
10160 Cielo Drive
Beverly Hills, CALIFORNIA 90210

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES AND SOCIAL MEDIA WEBSITES

FIRST USE 12-00-2008; IN COMMERCE 12-00-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2430642, 2378474, 2374258

SER. NO. 88-718,025, FILED 12-06-2019



Director of the United States
Patent and Trademark Office



Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,349,360

**United States Patent and Trademark Office**    Registered May 16, 2000

## TRADEMARK
### PRINCIPAL REGISTER



HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DRIVE
BEVERLY HILLS, CA 90210

FOR: TRADING CARDS, PAPER GIFT BAGS, CARDBOARD MAILERS, BOOKS FOCUSING ON COMIC STRIP REPRINTS, CALENDARS, STICKERS, POSTCARDS, GREETING CARDS, CARDBOARD GIFT BOXES, ADDRESS AND TELEPHONE BOOKS, PENS AND STATIONERY SETS CONSISTING OF PENCILS, DRAWING AND UNGRADUATED RULERS, ERASERS, ADHESIVE TAPE DISPENSER FOR HOUSEHOLD OR STATIONERY USE, PENCIL CASE, STENCILS, PLASTIC PAPER CLIP DECORATIVE PENCIL TOP ORNAMENTS AND PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23 29, 37, 38 AND 50).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

OWNER OF U.S. REG. NO. 2,201,909.

SER. NO. 75-489,023, FILED 5-21-1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cls.: 5, 11, 14, 18, 20, 21, 24, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 6, 13, 18, 21, 22, 23, 25, 27, 28, 29, 30, 31, 32, 33, 34, 38, 39, 40, 41, 42, 44, 46, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,361,245
Registered June 27, 2000

## TRADEMARK
### PRINCIPAL REGISTER



HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DRIVE
BEVERLY HILLS, CA 90210

FOR: AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

FOR: TOILET SEATS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-1-1996; IN COMMERCE 9-1-1996.

FOR: JEWELRY OF NON PRECIOUS METALS, CLOCKS, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-1-1993; IN COMMERCE 12-1-1993.

FOR: WALLETS MADE OF LEATHER, UMBRELLAS, TOTE BAGS, BACK PACKS AND PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-1994; IN COMMERCE 6-1-1994.

FOR: HANDHELD MIRRORS, SNOW GLOBES, PICTURE FRAMES, PILL BOXES SOLD EMPTY, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

FOR: FIGURINES MADE OF PORCELAIN, DRINKING GLASSES, PLASTIC WATER BOTTLES, LUNCH BOXES, COOKIE JARS, SPOON RESTS, KITCHEN TOOL HOLDERS, COMPACTS SOLD EMPTY, TEA SETS, AND PLATES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

2,361,245

FIRST USE 9-1-1991; IN COMMERCE 9-1-1991.

FOR: POT HOLDERS, TOWELS, WASH CLOTHS AND DISH TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-1-1995; IN COMMERCE 1-1-1995.

FOR: SUN VISORS, SHIRTS, SHORTS, SWEATSHIRTS, TOPS, PAJAMAS, SLEEP SHIRTS, SNEAKERS, JEANS, JEAN JACKETS, JEAN VESTS, JEAN SHIRTS, JEAN SHORTS, CAMISOLES, ROBES, LEATHER BELTS, COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

FOR: SOFT SQUEEZABLE TOY BALLS, BEACH BALLS, PLASTIC VINYL PLAY BALLS, SOFT FLYING DISKS, SQUEEZE TOYS, CHRISTMAS ORNAMENTS, BUBBLE MAKING WAND AND SOLUTION SET, DOLLS AND MAGNETIC DOLL SETS CONSISTING OF FLAT MAGNETIC DOLLS WITH FLAT MAGNETIC ARTICLES OF CLOTHING AND ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-1993; IN COMMERCE 10-1-1993.

OWNER OF U.S. REG. NO. 2,201,909.

SER. NO. 75-491,221, FILED 5-21-1998.

JENNIFER DIXON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,376,545

Registered Aug. 15, 2000

## TRADEMARK
### PRINCIPAL REGISTER



HEARST HOLDINGS, INC. (DELAWARE CORPORATION)
959 EIGHTH AVENUE
NEW YORK, NY 10019 AND

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
10160 CIELO DRIVE
BEVERLY HILLS, CA 90210

FOR: MAGNETS, COMPUTER PROGRAMS FOR CREATING ANIMATED CARTOONS AND ASSISTING IN THE COMPUTERIZED GRAPHIC DESIGN OF CARTOON CHARACTERS, SCREEN SAVERS IN THE FIELD OF CARTOON CHARACTERS, CASES SPECIALLY ADAPTED FOR HOLDING PAGERS, ELECTRIC SWITCH PLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1993; IN COMMERCE 11-1-1993.

OWNER OF U.S. REG. NO. 2,201,909.

SER. NO. 75-489,024, FILED 5-21-1998.

JENNIFER DIXON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,193,140**
**Registered Nov. 10, 2020**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Hearst Holdings, Inc. (DELAWARE CORPORATION)
300 West 57th Street
New York, NEW YORK 10019

Fleischer Studios, Inc. (CALIFORNIA CORPORATION)
10160 Cielo Drive
Beverly Hills, CALIFORNIA 90210

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES AND SOCIAL MEDIA WEBSITES

FIRST USE 12-00-2008; IN COMMERCE 12-00-2008

The mark consists of the design image of a woman's face looking over her right shoulder on a background of alternating solid circles and hearts.

OWNER OF U.S. REG. NO. 2376545, 2349360, 2361245

SER. NO. 88-721,331, FILED 12-10-2019



