**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLEISCHER STUDIOS, INC., | CASE NO.: 1:22-CV-01478 |
| PLAINTIFF, | |
| v. | JUDGE GARY FEINERMAN |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE MARIA VALDEZ |
| DEFENDANTS. | **FILED UNDER SEAL** |

# EXHIBIT 2 TO THE DECLARATION OF PAUL VARLEY

FLEISCHER STUDIOS, INC.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 2**                                                                                                                         **COPYRIGHT REGISTRATIONS**

| No. | Full Title | Copyright Number | Date |
|---|---|---|---|
| 1 | Baby Boop; cartoon character derived from Betty Boop | V2176P422 | 1986 |
| 2 | Betty & 1 other title; literary properties & cartoon characters. | V2251P047 | 1987 |
| 3 | Betty Boop. | V3412D773 | 1998 |
| 4 | Betty Boop & 1 other title; characters. | V2811P001 | 1993 |
| 5 | Betty Boop and her boop troupe. | PAu002340698 | 1998 |
| 6 | Betty Boop, and other characters set forth in work known as Betty Boop and her gang / R247925. | V2854P059 | 1993 |
| 7 | Betty Boop; cartoon feature / R258317. | V1829P169 | 1981 |
| 8 | Betty Boop's Guide to Life. | TX0007429502 | 2011 |
| 9 | Betty Boop's Hollywood mystery / a production of Big Pictues and King Features Entertainment, Inc. ; directed by George Evelyn. | PA0000593463 | 1990 |
| 10 | Betty Boop's misguided tours. | PAu002134231 | 1996 |
| 11 | Betty Boop's misguided tours : a proposal for an animated cartoon television series. | VAu000395284 | 1997 |
| 12 | Betty Boop's Sunday best / by Max Fleischer ; edited by Bill Blackbeard. | VA0000752612 | 1995 |
| 13 | Betty, cartoon character & 1 other title. | V1821P291 | 1980 |
| 14 | Betty, cartoon character & 1 other title; books / By Max Fleischer. | V2020P664 | 1983 |
| 15 | King Features Betty Boop style guide. | CSN0087651 | 1990 |
| 16 | King Features Betty Boop style guide. | CSN0087651 | 1989 |
| 17 | No titles given. | V3071P014 | 1995 |
| 18 | No titles given for animated television series, including teleplay written by Ian Pearson. | V3496D421 | 2003 |
| 19 | Outline for a half hour animated Betty Boop cartoon series. | PAu001885883 | 1994 |
| 20 | Romance of Betty Boop & 2 other titles. | V2732P338 | 1992 |